UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO'S PIZZA INC., <br><br> Plaintiff, <br> v. <br><br> KSM PIZZA, INC., <br><br> Defendant. <br><br> KSM PIZZA, INC., <br><br> Cross-Complainant, <br> v. <br><br> SHARANPREET ATWAL; et al., <br><br> Cross-Defendants. | Case No. 2:19−CV−02373−KJM−CKD <br><br> Hon. Kimberly J. Mueller, District Judge <br><br> **SECOND JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CROSS-COMPLAINT BY 30 DAYS TO ALLOW FOR VDRP MEDIATION** |

WHEREAS, Plaintiff Chicago's Pizza Inc. ("Plaintiff" or "Plaintiff/Cross-Defendant") filed its Complaint in Case No. 2:19−CV−02373 against Defendant KSM Pizza, Inc. ("Defendant" or "Defendant/Cross-Complainant") on November 22, 2019 (Dkt. 1);

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on February 7, 2020 (Dkt. 7);

WHEREAS, Defendant filed a Motion to Dismiss the Complaint ("MTD") on March 4, 2020 (Dkt. 9);

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES

SECOND JOINT STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO CROSS-COMPLAINT
Case No. 2:19-CV-02373-KJM-CKD

WHEREAS, on June 26, 2020, the Court held a Status Conference and ordered the following: "By way of this order, the court memorialized the parties' 502 Agreement. After consideration of the parties' comments related to settlement, the court REFERRED the matter to the Voluntary Dispute Resolution Program (VDRP) for identification of a neutral as soon as practical.  This case schedule will become final without further order of the court unless objections are filed within fourteen (14) calendar days of this order. The schedule, once final, shall not be modified except by leave of court upon showing of good cause. All provisions of the court's standing scheduling order for Civil Cases filed concurrently herewith are incorporated therein." (Dkt. 18);

WHEREAS, the Court issued an Order denying Defendant's MTD on July 6, 2020, (Dkt. 20);

WHEREAS, Defendant filed its Answer to the Complaint on July 21, 2020, (Dkt. 21);

WHEREAS, on July 22, 2020, Defendant filed and served a First Amended Answer and Cross Complaint ("Cross-Complaint") against Plaintiff Chicago's Pizza Inc., making Plaintiff/Cross-Defendant's responsive pleading initially due August 12, 2020, (Dkt. 22);

WHEREAS, on August 3, 2020, the VDRP Administrator appointed Andrew Stroud as VDRP Neutral Attorney (Dkt. 24);

WHEREAS, on August 11, 2020, the Parties stipulated to a 28-day extension, to September 9, 2020, for Plaintiff/Cross-Defendant to respond to the Cross-Complaint pursuant to Local Rule 144(a)), to respond to the Complaint (Dkt. 25), which is the only prior extension of this deadline;

WHEREAS, the parties are in the process of scheduling the VDRP mediation date with Mr. Stroud's office for a date in the next several weeks; and

WHEREAS, to allow the parties to attempt to resolve the action through the VDRP, and then for Plaintiff/Cross-Defendant to draft a responsive pleading if the VDRP mediation is not successful, the Parties have agreed to extend Plaintiff/Cross-Defendant's time to respond to the Cross-Complaint by 30 days, to October 9, 2020 pending the approval of this Court.

- 2 -
SECOND JOINT STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO CROSS-COMPLAINT
Case No. 2:19-CV-02373-KJM-CKD

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:**

Plaintiff/Cross-Defendant Chicago's Pizza Inc.'s last day to file its pleading in response to Defendant/Cross-Complainant's Cross-Complaint is extended by 30 days, from September 9, 2020, to October 9, 2020.

**IT IS SO STIPULATED.**

DATED:  September 14, 2020              **FAEGRE DRINKER BIDDLE & REATH LLP**

By:  */s/ Michael Jaeger*
       Michael Jaeger
       Louis T. Perry (*pro hac vice*)

*Attorneys for Plaintiff/Cross-Defendant*
CHICAGO'S PIZZA INC.

DATED:  September 14, 2020              **LAW OFFICES OF TIMOTHY T. HUBER**

By:  */s/ Timothy T. Huber*
       Timothy T. Huber

*Attorneys for Defendant/Cross-Complainant*
KSM PIZZA, INC.

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 14, 2020              */s/ Michael Jaeger*
                                                                Michael Jaeger

1  **IT IS SO ORDERED.**

2  DATED: September 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

- 4 -
SECOND JOINT STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO CROSS-COMPLAINT
Case No. 2:19-CV-02373-KJM-CKD

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES