UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO'S PIZZA INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KSM PIZZA, INC.,<br><br>　　　　Defendant.<br><br>KSM PIZZA, INC.,<br><br>　　　　Cross-Complainant,<br><br>　　v.<br><br>SHARANPREET ATWAL; et al.,<br><br>　　　　Cross-Defendants. | Case No. 2:19−CV−02373−KJM−CKD<br><br>Hon. Kimberly J. Mueller, District Judge<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CROSS-COMPLAINT BY 30 DAYS, FOR LEAVE TO CROSS-COMPLAINANT TO AMEND THE FIRST AMENDED CROSS-COMPLAINT AND SETTING A NEW STATUS CONFERENCE**<br><br>Cross-Complaint Served:　07/22/2020<br>Current Response Date:　10/09/2020<br>New Response Date:　　11/9/2020<br><br>Cross-Complaint Filed:　July 22, 2020<br>Complaint Filed:　　　　Nov. 22, 2019 |

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO CROSS-COMPLAINT
Case No. 2:19-CV-02373-KJM-CKD

WHEREAS, Plaintiff Chicago's Pizza Inc. ("Plaintiff" or "Plaintiff/Cross-Defendant") filed its Complaint in Case No. 2:19−CV−02373 against Defendant KSM Pizza, Inc. ("Defendant" or "Defendant/Cross-Complainant") on November 22, 2019 (Dkt. 1);

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on February 7, 2020 (Dkt. 7);

WHEREAS, Defendant filed a Motion to Dismiss the Complaint ("MTD") on March 4, 2020 (Dkt. 9);

WHEREAS, on June 26, 2020, the Court held a Status Conference and ordered the following: "By way of this order, the court memorialized the parties' 502 Agreement. After consideration of the parties' comments related to settlement, the court REFERRED the matter to the Voluntary Dispute Resolution Program (VDRP) for identification of a neutral as soon as practical.  This case schedule will become final without further order of the court unless objections are filed within fourteen (14) calendar days of this order. The schedule, once final, shall not be modified except by leave of court upon showing of good cause. All provisions of the court's standing scheduling order for Civil Cases filed concurrently herewith are incorporated therein." (Dkt. 18);

WHEREAS, the Court issued an Order denying Defendant's MTD on July 6, 2020, (Dkt. 20);

WHEREAS, Defendant filed its Answer to the Complaint on July 21, 2020, (Dkt. 21);

WHEREAS, on July 22, 2020, Defendant filed and served a First Amended Answer and Cross Complaint ("Cross-Complaint") against Plaintiff Chicago's Pizza Inc., making Plaintiff/Cross-Defendant's responsive pleading initially due August 12, 2020, (Dkt. 22);

- 2 -

JOINT STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO CROSS-COMPLAINT
Case No. 2:19-CV-02373-KJM-CKD

Faegre Drinker
Attorneys At Law
Los Angeles

WHEREAS, on August 3, 2020, the VDRP Administrator appointed Andrew Stroud as VDRP Neutral Attorney (Dkt. 24);

WHEREAS, on August 11, 2020, the Parties stipulated to a 28-day extension, to September 9, 2020, for Plaintiff/Cross-Defendant to respond to the Cross-Complaint pursuant to Local Rule 144(a)), to respond to the Complaint (Dkt. 25);

WHEREAS, on September 9, 2020, the Parties stipulated to an additional 28-day extension, to October 9, 2020, for Plaintiff/Cross-Defendant and Cross-Defendants Sharanpreet Atwal, Harpreet Singh Dahyia, and Naveen Khosla to respond to the Cross-Complaint, because the parties were in the process of scheduling their VDRP mediation date with Mr. Stroud (Dkt. 27);

WHEREAS, the Parties have now conducted the VDRP mediation with Mr. Stroud on October 8, 2020, which was unsuccessful in resolving this action;

WHEREAS, to allow Plaintiff/Cross-Defendant and Cross-Defendants Sharanpreet Atwal, Harpreet Singh Dahyia, and Naveen Khosla to draft a responsive pleading, the Parties have agreed to extend the time to respond to the Cross-Complaint to November 9, 2020, pending the approval of this Court;

WHEREAS, Cross-Complainant wishes to amend the First Amended Cross-Complaint to add a cause of action under the RICO Act, which, if leave to amend is granted, would create a new date for Plaintiff/Cross-Defendant and Cross-Defendants Sharanpreet Atwal, Harpreet Singh Dahyia, and Naveen Khosla to respond to the Second Amended Cross-Complaint;

WHEREAS, there are additional entities that Cross-Complainant contends are infringing its intellectual property, many of whom are in other states, and the identity of which will have to confirmed through discovery, such that Cross-Complainant will be seeking leave to add such additional entities as parties once they are identified;

- 3 -
JOINT STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO CROSS-COMPLAINT
Case No. 2:19-CV-02373-KJM-CKD

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES

1   WHEREAS, Cross-Complainant intends to commence service of process on the Cross-Defendants that have not yet appeared; and

WHEREAS, the addition of so many new parties will drastically alter the need for initial disclosures by new parties, and complicate discovery due to the number of parties, the parties to this Stipulation contend that the court should conduct an additional status conference and consider a new scheduling order that takes into account the change in the scope of this action.

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:**

The last day to file a pleading for Plaintiff/Cross-Defendant Chicago's Pizza Inc. and Cross-Defendants Sharanpreet Atwal, Harpreet Singh Dahyia, and Naveen Khosla in response to Defendant/Cross-Complainant's First Amended Cross-Complaint is extended from October 9, 2020, to November 9, 2020.

Cross-Complainant shall be granted leave to amend its First Amended Cross-Complaint.

The parties acknowledge that Cross-Complainant will be seeking leave to add additional Cross-Defendants when they are identified through discovery.

The parties agree that the change of circumstances require a new status conference and a new scheduling order.

**IT IS SO STIPULATED.**

- 4 -
JOINT STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO CROSS-COMPLAINT
Case No. 2:19-CV-02373-KJM-CKD

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| 1 | DATED: October 21, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 2 | | |
| 3 | | By: */s/ Michael Jaeger* |
| 4 | | Michael Jaeger<br>Louis T. Perry (*pro hac vice*) |
| 5 | | |
| 6 | | *Attorneys for Plaintiff/Cross-Defendant*<br>Chicago's Pizza Inc. and Cross-Defendants |
| 7 | | Sharanpreet Atwal, Harpreet Singh Dahyia, and Naveen Khosla |
| 8 | | |
| 9 | DATED: October 21, 2020 | **LAW OFFICES OF TIMOTHY T. HUBER** |
| 10 | | |
| 11 | | By: /timothythuber/<br>Timothy T. Huber |
| 12 | | |
| 13 | | *Attorneys for Defendant/Cross-Complainant* |
| 14 | | KSM PIZZA, INC. |

## ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 21, 2020        */s/ Michael Jaeger*
                                                Michael Jaeger

- 5 -

JOINT STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO CROSS-COMPLAINT
Case No. 2:19-CV-02373-KJM-CKD

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES

1  For good cause shown, Plaintiff/Cross-Defendant and Cross-Defendants Sharanpreet Atwal's, Harpreet Singh Dahyia's, and Naveen Khosla's time to respond to the First Amended Cross-Complaint is extended to November 9, 2020. Cross-Complainant is granted leave to amend the First Amended Cross-Complaint prior to November 9, 2020. A status conference is set for January 22, 2021 at 2:30 p.m. to be conducted remotely.

**IT IS SO ORDERED.**

DATED: October 21, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

- 6 -
JOINT STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO CROSS-COMPLAINT
CASE NO. 2:19-cv-02373-KJM-CKD

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES