UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHICAGO'S PIZZA INC., | Case No. 2:19−CV−02373−KJM−CKD |
|---|---|
| Plaintiff, | Hon. Kimberly J. Mueller, District Judge |
| v. | |
| KSM PIZZA, INC., | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO AMEND CROSS-COMPLAINT AND MODIFY SCHEDULING ORDER** |
| Defendant. | |
| AND RELATED CROSS ACTION. | Cross-Complaint Filed:  July 22, 2020<br>Complaint Filed:  November 22, 2019 |

The Parties, by counsel, move as follows:

**Procedural History**

1. Plaintiff Chicago's Pizza Inc. ("Plaintiff" or "Plaintiff/Cross-Defendant") filed its Complaint in Case No. 2:19−CV−02373 against Defendant KSM Pizza, Inc. ("Defendant" or "Defendant/Cross-Complainant") on November 22, 2019 (Dkt. 1).

2. Plaintiff served the Summons and Complaint on Defendant on February 7, 2020 (Dkt. 7).

3. Defendant filed a Motion to Dismiss the Complaint ("MTD") on March 4, 2020 (Dkt. 9).

4. The Court issued an Order denying Defendant's MTD on July 6, 2020, (Dkt. 20).

5. Defendant filed its Answer to the Complaint on July 21, 2020, (Dkt. 21).

6. Defendant filed and served a First Amended Answer and Cross Complaint ("Cross-Complaint") against Plaintiff Chicago's Pizza Inc. and other Cross-Defendants on July 22, 2020 (Dkt. 22). The other Cross-Defendants listed on Defendant's Cross-Complaint are as follows:

    A. A.N.D Chicago's Pizza LLC,
    B. Sharanpreet Atwal,
    C. Authentic Food Inc.,
    D. Bajwa's Chicago's Pizza, LLC,
    E. Brentwood Chicago's Pizza,
    F. Chicago's Pizza Community Service Inc.,
    G. Chicago's Pizza Franchising, Inc.,
    H. Chicago's Pizza Sierra College Blvd. LLC,
    I. Chicago's Pizza With−A−Twist HWY20 LLC,
    J. Harpreet Singh Dayhia,
    K. EG Chicago's Pizza LLC,
    L. Gurnoor Chicago's Pizza LLC,
    M. HSN Foods LLC,

|   |   |   |
|---|---|---|
| N. | JD Pizza LLC, |
| O. | Naveen Khosla, |
| P. | Livingston's Chicago Pizza Inc., |
| Q. | Nagra Brothers, Inc., |
| R. | Pittsburgh Chicago's Pizza Inc., |
| S. | Pizzaway Inc., |
| T. | Shaw & Mark Chicago's Pizza, LLC, |
| U. | Sunnyside Chicago's Pizza With−A−Twist. |

7. Plaintiff and Cross-Defendants Sharanpreet Atwal, Naveen Khosla, and Harpreet Singh Dahyia (collectively, the "Cross Defendants") moved to dismiss the Cross-Complaint on November 9, 2020 (Dkt. 30).

8. The Court issued an order dismissing the Cross-Complaint on October 13, 2021 (Dkt. 45). Defendant must amend the Cross-Complaint by October 27, 2021.

9. The Court set the following schedule:

|   |   |   |
|---|---|---|
| A. | Fact discovery shall be complete by February 25, 2022; |
| B. | Expert disclosures shall be complete by March 25, 2022; |
| C. | Rebuttal expert witnesses shall be exchanged by May 6, 2022; |
| D. | Expert discovery shall be completed by June 20, 2022; and |
| E. | All dispositive motions shall be heard by August 5, 2022. |

## SCHEDULING AMENDMENTS

10. The parties have engaged in fruitful settlement discussions since the Court's October 13, 2021 order and believe that a settlement in this matter is possible. The parties agree that their resources and time are best directed to finalizing the potential settlement. To that end, the parties respectfully propose that the court approve the following amendments to the current schedule:

| EVENT | DEADLINE |
|---|---|
| Deadline to Amend Cross Complaint | December 27, 2022 |

| | |
|---|---|
| Completion of Fact Discovery | April 25, 2022 |
| Expert Disclosures | May 27, 2022 |
| Rebuttal Expert Witnesses Exchanged | July 8, 2022 |
| Completion of Expert Discovery | August 22, 2022 |
| Dispositive Motion Hearings | October 7, 2022 |

Respectfully submitted,

Date:  October 28, 2021       **FAEGRE DRINKER BIDDLE & REATH LLP**

By:   */s/ Louis T. Perry*
   Michael Jaeger
   Louis T. Perry (*pro hac vice*)

*Attorneys for Plaintiff/Cross-Defendant* Chicago's Pizza Inc. and *Cross-Defendants* Sharanpreet Atwal, Harpreet Singh Dahyia, and Naveen Khosla

Date:  October 28, 2021       **LAW OFFICES OF TIMOTHY T. HUBER**

By:   */s/ Timothy T. Huber*
   Timothy T. Huber

*Attorneys for Defendant/Cross-Complainant* KSM PIZZA, INC.

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 28, 2021            */s/ Louis T. Perry*
                  Louis T. Perry

ORDER

The court has reviewed the parties' stipulation and good cause shown, approves the parties' joint stipulation to extend time for defendant/cross-complainant to amend their cross-complaint and modifies the scheduling order as follows:

| EVENT | Current deadline | New deadline |
| --- | --- | --- |
| Deadline to Amend Cross Complaint | 11/2/2021 | 12/27/2021 |
| Completion of Fact Discovery | 2/25/2022 | 4/25/2022 |
| Expert Disclosures | 3/25/2022 | 5/27/2022 |
| Rebuttal Expert Witnesses Exchanged | 5/6/2022 | 7/8/2022 |
| Completion of Expert Discovery | 6/20/2022 | 8/22/2022 |
| Dispositive Motion Hearings | 8/5/2022 | 10/21/2022 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 43).  This order resolves ECF No. 48.

IT IS SO ORDERED.

DATED:  October 28, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE