UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO'S PIZZA INC., | No. 2:19-cv-02373-DJC-CKD |
| Plaintiff, | ORDER |
| v. | |
| KSM PIZZA, INC., | |
| Defendant. | |

On January 17, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

////

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed January 17, 2024, are ADOPTED;
2. Plaintiff's motion for default judgment against defendant (ECF No. 68) is GRANTED;
3. Defendant, its agents, representatives, employees, assigns, and suppliers, and all persons acting in concert or privity with Defendant, are permanently enjoined from the following activities:
    a. Using the CPI Logo, or any other name, mark, designation, or depiction in a manner that is likely to cause confusion regarding whether Defendant is affiliated or associated with or sponsored by CPI;
    b. Practicing trademark infringement, unfair competition, false designation of origin, passing off, false advertising, against CPI or misappropriation of CPI's trademark rights; and
    c. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 2(a) and 2(b) above.
4. Defendant is ordered to deliver to plaintiff for destruction all infringing articles and associated packaging and promotional materials pursuant to 15 U.S.C. § 1118.
5. Defendant is ordered to engage in corrective advertising to the extent necessary to correct any consumer confusion or misperceptions resulting from defendant's unlawful acts complained of above.
6. Defendant is ordered to file with the Court and serve upon plaintiff a written report under oath setting forth in detail the manner and form in which defendant has complied with the injunction and judgment within thirty (30) days after the service of the injunction and judgment upon defendant.

7. Defendant shall pay plaintiff's costs of suit in the amount of $674.79 and attorneys' fees in the amount of $139,184.50.

8. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **February 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE